IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MICHAEL ROBINSON                                                                    PLAINTIFF

V.                                    No. 2:17CV00172-JLH-JTK

MIKE BASHAN, et al.                                                               DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Complaint against Defendants is DISMISSED without prejudice, for failure to state a claim upon which relief may be granted.

2. This dismissal constitutes a "strike" within the meaning of the PLRA.

3. The Court certifies that an in forma pauperis appeal from this Order and the accompanying Judgment would not be in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 27th day of November, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

1