# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

MICHAEL ROBINSON                                                                          PLAINTIFF

V.                                       No. 2:17CV00172-JLH-JTK

MIKE BASHAN, et al.                                                                    DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case is DISMISSED without prejudice for failure to state a claim upon which relief may be granted. The relief sought is denied.

The Court certifies that an *in forma pauperis* appeal from this Judgment and accompanying Order would not be in good faith pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 27th day of November, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE